UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TANYA BOROWSKI,

                              Plaintiff,

v.                                              Civ. No.: 6:23-cv-6583

WEST IRONDEQUOIT CENTRAL
SCHOOL DISTRICT,

                              Defendant.

## NOTICE OF CROSS MOTION

| | |
|---|---|
| Nature of Action: | Violations of the Americans with Disabilities Act and Title VII of the Civil Rights Law. |
| Moving Party: | Defendant. |
| Directed To: | Plaintiff. |
| Date and Time: | To be scheduled by the Court. |
| Place: | Kenneth B. Keating Federal Building<br>100 State Street<br>Rochester, NY 14614 |
| Supporting Papers | Declaration of Heather Dechert, dated January 5, 2024; Declaration of James Brennan, dated January 4, 2024, with exhibits; Declaration of Andrew McGee, dated January 5, 2024; and Memorandum of Law dated January 5, 2024. |
| Answering Papers: | If any, are due fourteen (14) days from the service of this motion pursuant to Local Rule 7(b)(2)(B) unless the Court issues an Order setting deadlines pursuant to Local Rule 7(b)(1). |
| Reply Papers: | Defendant intends to file and serve reply papers. |
| Relief Requested: | An Order vacating the Entry of Default and denying Plaintiff's motion for default judgment. |

Grounds for Relief
Requested:                          Fed. R. Civ. P. Rule 55(c).

Oral Argument:                      Requested.


Dated: January 5, 2024

**WEBSTER SZANYI LLP**
Attorneys for Defendant


By: __/s Heather L. Dechert__
         Heather L. Dechert
         Meghan M. Hayes
657 Persons Street
East Aurora, NY 14052
(716) 842-2800
hdechert@websterszanyi.com
mhayes@websterszanyi.com


TO:    Tanya Borowski, *pro se*
       853 Washington Avenue
       Rochester, NY 14617