# EXHIBIT A

**From:** John Brady <jbrady@nysir.org>
**Sent:** Thursday, October 19, 2023 1:19 PM
**To:** NYSIR Claims <nysirclaims@nysir.org>
**Cc:** James Brennan <James_Brennan@westiron.monroe.edu>
**Subject:** W. Irondequoit - New EEOC complaint

Claims – please open a file and contact James Brennan, Assistant Superintendent for Finance, for additional claims information and to provide the claims contact information.
Thank you.

**Best Regards,**



**John A. Brady CPCU, CIC, AIC, CLCS**

**Western NY Senior Regional Manager - NYSIR Marketing and Member Support**
**Associate Vice President**

**New York Schools Insurance Reciprocal**
**Tel:  315-415-0655**
**Email:  Jbrady@nysir.org**
**LinkedIn Profile:**  www.linkedin.com/in/john-a-brady-2021
www.nysir.org

1

Please note claims cannot be reported by voice mail or by email sent to a personal email address. Thank you.

From: James Brennan <James_Brennan@westiron.monroe.edu>
Sent: Thursday, October 19, 2023 1:08 PM
To: John Brady <jbrady@nysir.org>
Subject: Re: Liability Insurance - EEOC

Hi John.

Thank you! Attached is the lawsuit received.

James Brennan
Assistant Superintendent for Finance
West Irondequoit Central Schools
585-336-2993

From: John Brady <jbrady@nysir.org>
Sent: Thursday, October 19, 2023 1:02 PM
To: James Brennan <James_Brennan@westiron.monroe.edu>
Subject: RE: Liability Insurance - EEOC

**CAUTION:** This email originated from outside of West Irondequoit Central School District.
Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi James, thank you for reaching out. I'm still your contact......just picked up some additional responsibilities. I recommend submitting the claim to NYSIR so that we can read the allegations. The short answer is generally speaking, yes. NSYIR provides employment practices liability coverage. Do you have any documentation that I may submit on your behalf to NYSIR claims with a copy to you?
Thank you James.

Best Regards,



Leadership · Innovation · Commitment

John A. Brady CPCU, CIC, AIC, CLCS

Western NY Senior Regional Manager - NYSIR Marketing and Member Support
Associate Vice President

New York Schools Insurance Reciprocal
Tel: 315-415-0655
Email: Jbrady@nysir.org
LinkedIn Profile: www.linkedin.com/in/john-a-brady-2021

2

www.nysir.org

**Please note claims cannot be reported by voice mail or by email sent to a personal email address. Thank you.**

---

**From:** James Brennan <James_Brennan@westiron.monroe.edu>
**Sent:** Thursday, October 19, 2023 12:47 PM
**To:** John Brady <jbrady@nysir.org>
**Subject:** Liability Insurance - EEOC

Hi John.

I hope all is well with you.

Does our NYSIR liability policy provide coverage for EEOC complaints/lawsuits from former employees?

Also, I believe you may be in a different roll now.  If so, and there is someone else I should reach out to, please let me know.

Thank you!

James Brennan
Assistant Superintendent for Finance
West Irondequoit Central Schools
585-336-2993

Insurance coverage cannot be bound, amended or cancelled via voicemail, facsimile or e-mail message without confirmation from an authorized New York Schools Insurance Reciprocal representative.

CONFIDENTIALITY NOTICE
This e-mail and all attachments may contain legally privileged and confidential information. If the reader of this email is not the intended recipient, or the employee, agent or representative responsible for delivering the e-mail to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message, or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of New York Schools Insurance Reciprocal. This message may not be copied or distributed without this disclaimer. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The New York Schools Insurance Reciprocal or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising from its use. If you have received this e-mail by mistake, please reply immediately to the sender and delete this email from your system.

Insurance coverage cannot be bound, amended or cancelled via voicemail, facsimile or e-mail message without confirmation from an authorized New York Schools Insurance Reciprocal representative.

CONFIDENTIALITY NOTICE
This e-mail and all attachments may contain legally privileged and confidential information. If the reader of this email is not the intended recipient, or the employee, agent or representative responsible for delivering the e-mail to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message, or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of New York Schools Insurance Reciprocal. This message may not be copied or distributed without this disclaimer. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The New York Schools Insurance Reciprocal or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising from its use. If you have received this e-mail by mistake, please reply immediately to the sender and delete this email from your system.