# EXHIBIT B

From: John Brady <jbrady@nysir.org>
Sent: Tuesday, December 5, 2023 10:15 AM
To: James Brennan <James_Brennan@westiron.monroe.edu>
Subject: Re: Phone message: NYSIR

**CAUTION: This email originated from outside of West Irondequoit Central School District.**
Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi James, thank you for reaching out. I will get involved and be in touch shortly. Thank you.

John A. Brady CPCU, CIC, CLCS, AIC
Senior Regional Manager - NYSIR Member Support and Marketing
AVP - Wright Risk Management
315-415-0655
Jbrady@nysir.org

From: James Brennan <James_Brennan@westiron.monroe.edu>
Sent: Tuesday, December 5, 2023 10:12 AM
To: John Brady <jbrady@nysir.org>
Subject: Fw: Phone message: NYSIR

Hi John.

I was hoping you could assist with providing an update on the claim below. I had spoken to Andrew McGee back in October and was under the understanding that Webster Szanyi was assigned counsel. However, we have not heard anything from them yet about the claim. I left Andrew a voicemail prior to Thanksgiving for an update and just tried calling again but got a voicemail. Rather than leaving another message, I decided to reach out to you. Can you assist with an update? Thank you.

James Brennan
Assistant Superintendent for Finance

1

West Irondequoit Central Schools
585-336-2993

---

**From:** Sandra Sandford <Sandra_Sandford@westiron.monroe.edu>
**Sent:** Friday, October 20, 2023 3:34 PM
**To:** James Brennan <James_Brennan@westiron.monroe.edu>
**Subject:** Phone message: NYSIR

Date: 10/20/2023  Time: 11:18am (vm)

To: James Brennan
From: Andrew McGee
of: NYSIR
Cell: 860-508-8167

Message: Calling regarding the claim for Tonya Borowski. Please call at your convenience. Thank you.

Taken by: Sandra Sandford

## *Sandra Sandford*

Secretary to the Assistant Superintendent for Finance



West Irondequoit Central School District
321 List Avenue, Rochester, New York 14617
Phone: 585-336-2993      Fax: 585-336-2975
Email: sandra_sandford@westiron.monroe.edu

Insurance coverage cannot be bound, amended or cancelled via voicemail, facsimile or e-mail message without confirmation from an authorized New York Schools Insurance Reciprocal representative.

CONFIDENTIALITY NOTICE
This e-mail and all attachments may contain legally privileged and confidential information. If the reader of this email is not the intended recipient, or the employee, agent or representative responsible for delivering the e-mail to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message, or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of New York Schools Insurance Reciprocal. This message may not be copied or distributed without this disclaimer. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The New York Schools Insurance Reciprocal or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising from its use. If you have received this e-mail by mistake, please reply immediately to the sender and delete this email from your system.