UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TANYA BOROWSKI,

                Plaintiff,

v.                                        Civ. No.: 6:23-cv-6583

WEST IRONDEQUOIT CENTRAL SCHOOL
DISTRICT,

                Defendant.

### DECLARATION OF ANDREW MCGEE

Andrew McGee hereby swears and affirms, under penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am Claims Counsel for New York School Insurance Reciprocal ("NYSIR"). I have been employed by NYSIR for three months.

2. NYISR defends and indemnifies school districts, including the West Irondequoit Central School District, for certain types of claims.

3. After a claim is submitted to NYSIR, NYSIR reviews the claim to ensure there is coverage and if there is coverage, assigns counsel to defend the claim.

4. NYSIR then notifies the District that counsel has been assigned and provides the name of the individual retained to represent the District.

5. The District was served with the Complaint in this matter on or about October 18, 2023.

6. On October 19, 2023, NYSIR received the Summons and Complaint via email.

7. I intended to retain Webster Szanyi LLP to defend the District in this case. I verbally notified James Brennan that I would do so in late October 2023.

8. I believed that the Complaint was sent to Webster Szanyi LLP after I spoke with the Mr. Brennan, but due to an administrative oversight the Complaint was not sent, and Webster Szanyi LLP was not assigned to represent the District until after the answer to the Complaint was due.

9. On December 5, 2023, the District brought the fact that they had not been contacted by Webster Szanyi LLP to NYSIR's attention. I immediately sent the complaint to Heather Dechert and retained Webster Szanyi LLP to represent the District.

10. That same day Ms. Dechert filed an Answer on behalf of the District.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing it true and correct.

Dated:        January 4, 2024

                                                            Andrew McGee

2